# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES RICKER, JR. AND AIDA
BEWLEY

NO.   2026 CW 0636

VERSUS

SUMMER S. SEARS

**JULY 13, 2026**

---

In Re:   Summer S. Sears, applying for supervisory writs, Slidell
City Court, Parish of St. Tammany, No. 2023E6431.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.**

**MRT**
**WIL**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT